PROB 12B
(7/93)

Report Date: September 14, 2011

# United States District Court

## for the

## Eastern District of Washington

### Request for Modifying the Conditions or Term of Supervision with Consent of the Offender

*(Probation Form 49, Waiver of Hearing is Attached)*

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

SEP 2 0 2011

JAMES R. LARSEN, CLERK
_____DEPUTY
YAKIMA, WASHINGTON

| | |
|---|---|
| Name of Offender: Lee Arquette | Case Number: 2:08CR02047-001 |
| Name of Sentencing Judicial Officer: The Honorable Lonny R. Suko, U.S. District Judge | |
| Date of Original Sentence: 11/10/2009 | Type of Supervision: Supervised Release |
| Original Offense: Crime on Indian Reservation, Abusive Sexual Contact | Date Supervision Commenced: 09/26/2011 |
| Original Sentence: Prison - 46 Months; TSR - 120 Months | Date Supervision Expires: 09/25/2021 |

## PETITIONING THE COURT

To modify the conditions of supervision as follows:

29  You shall reside in a residential reentry center (RRC) for a period of up to 180 days. You shall abide by the rules and requirements of the facility and shall participate in programs offered by the facility at the direction of the supervising officer.

### CAUSE

Mr. Arquette is scheduled to release from Bureau of Prison custody on September 26, 2011. At this time, he has been unable to establish an appropriate release plan to the community and is requesting additional time at the residential reentry center.

Mr. Arquette has voluntarily signed the attached waiver of hearing after being advised of his right to a hearing before Your Honor and assistance of counsel.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  09/14/2011

s/Samuel Najera

Samuel Najera
U.S. Probation Officer

THE COURT ORDERS

[ ] No Action
[ ] The Extension of Supervision as Noted Above
[X] The Modification of Conditions as Noted Above
[ ] Other

_____
Signature of Judicial Officer

9/19/11
Date