# UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
PROBATION OFFICE

March 8, 2012

**SCOTT M. MORSE, SR.**
CHIEF PROBATION OFFICER
Thomas S. Foley
United States Courthouse
920 W Riverside, Room 540
PO BOX 306
SPOKANE, WA 99210-0306
(509) 742-6300 / fax (509) 742-6339

**BRANCH OFFICES**
FEDERAL BUILDING
25 S. 3rd Street, Room 326
PO BOX 1791
YAKIMA, WA 98907-1791
(509) 574-5535 / fax (509) 574-5539

FEDERAL BUILDING
825 Jadwin Ave, Suite 170
RICHLAND, WA 99352-0446
(509) 943-8130 / fax (509) 943-8139

REPLY TO  Spokane

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MAR 0 8 2012

JAMES R. LARSEN, CLERK
_____DEPUTY
YAKIMA, WASHINGTON

The Honorable Lonny R. Suko
U.S. District Judge
P.O. Box 2726
Yakima, WA 98907

RE: Arquette, Lee
Docket No.: 2:08CR02047-001
**Request for Early Release from Residential Reentry Center**

Dear Judge Suko:

Mr. Arquette released from Bureau of Prisons' custody on September 26, 2011. At that time, he was unable to establish an appropriate release plan to the community and requested additional time at the residential reentry center (RRC).

Mr. Arquette has obtained an approved release address at the New Washington Apartments in Spokane, Washington. He has been approved to move into the facility on March 9, 2012. As of March 9, 2012, Mr. Arquette will have completed 166 days of his up to 180-day placement at the Spokane RRC. Therefore, it is requested that Mr. Arquette be allowed to release from the RRC, effective March 9, 2012.

Sincerely,

s/M. D. Elvin
M.D. Elvin
Deputy Chief U.S. Probation Officer

ME:mo

Re: Arquette, Lee
March 8, 2012
Page 2

THE COURT ORDERS

[ ]  No Action
[X]  Early Release from RRC as Noted Above
[ ]  Other

_____
Signature of Judicial Officer

3/8/12
_____
Date