PROB 12C
(7/93)

Report Date: February 26, 2013

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MAR 0 1 2013

SEAN F. McAVOY, CLERK
_____DEPUTY
YAKIMA, WASHINGTON

### Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Lee Paul Arquette | Case Number: 2:08CR02047-001 |
| Address of Offender: | |

Name of Sentencing Judicial Officer: The Honorable Lonny R. Suko, U.S. District Judge

Date of Original Sentence: 11/10/2009

Original Offense:   Crime on Indian Reservation, Abusive Sexual Contact,
18 U.S.C. §§ 1153, 2244(a)(2) & 2244(c)

| | | | |
|---|---|---|---|
| Original Sentence: | Prison - 46 Months;<br>TSR - 120 Months | Type of Supervision: | Supervised Release |
| Asst. U.S. Attorney: | Thomas J. Hanlon | Date Supervision Commenced: | 9/26/2011 |
| Defense Attorney: | Alex B. Hernandez, III | Date Supervision Expires: | 9/25/2021 |

## PETITIONING THE COURT

**To issue a summons.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Standard Condition # 2**: The defendant shall report to the probation officer and shall submit a truthful and complete written report within the first 5 days of each month.<br><br>**Supporting Evidence**: Mr. Arquette was not truthful on his monthly report form submitted on February 6, 2013.<br><br>On February 6, 2013, Mr. Arquette submitted his monthly report form indicating he did not move from his reported residence. On February 15, 2013, this officer learned Mr. Arquette had not been residing at his residence for the past 3 weeks, which would have been before the end of January 2013. |
| 2 | **Special Condition # 19**: You shall live at an approved residence, and shall not change your living situation without advance approval of the supervising officer.<br><br>**Supporting Evidence**: Mr. Arquette failed to notify his probation officer prior to changing his residence as of February 15, 2013. |

On February 15, 2013, a home visit was conducted at the defendant's last reported address of 4001 Fort Simcoe Road, White Swan, Washington. This officer was advised by the defendant's brother-in-law the defendant moved out prior to the end of January 2013. Mr. Arquette failed to obtain advance approval of a change of address.

3     **Special Condition # 21**: You shall register as a sex offender, according to the laws of the state in which you reside, are employed, or are attending school. You shall provide verification of compliance with this requirement to the supervising officer.

**Supporting Evidence:** Mr. Arquette failed to register as a sex offender at the Yakima County Sheriff's Office (YSO), upon change of residence as of February 15, 2013.

On February 15, 2013, this officer was advised by YSO that Mr. Aquette has not reported a change of address. Due to his requirement to register as a sex offender with the State of Washington, Mr. Arquette failed to register his residence within three business days as required by RCW 9A.44.130. Contact with YSO revealed that during the time between the end of January 2013 and February 15, 2013, Mr. Arquette did not register an address as required, due to his sex offense conviction.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the defendant to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 02/26/2013

s/Jose Zepeda

Jose Zepeda
U.S. Probation Officer

---

## THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[X] The Issuance of a Summons
[ ] Other

Signature of Judicial Officer

3/1/13
Date