PROB 12C
(7/93)

Report Date: June 14, 2013

# United States District Court

## for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
JUN 17 2013
SEAN F. McAVOY, CLERK
_____ DEPUTY
YAKIMA, WASHINGTON

### Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Lee Paul Arquette | Case Number: 2:08CR02047-001 |
| Address of Offender: ▮▮▮▮▮▮▮▮▮▮ Yakima, WA 98901 | |

Name of Sentencing Judicial Officer: The Honorable Lonny R. Suko, U.S. District Judge

Date of Original Sentence: 11/10/2009

| | | |
|---|---|---|
| Original Offense: | Crime on Indian Reservation, Abusive Sexual Contact, 18 U.S.C. §§ 1153, 2244(a)(2) & 2244(c) | |
| Original Sentence: | Prison - 46 Months<br>TSR - 120 Months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Thomas J. Hanlon | Date Supervision Commenced: 9/26/2011 |
| Defense Attorney: | Alex B. Hernandez, III | Date Supervision Expires: 9/25/2021 |

## PETITIONING THE COURT

To incorporate the violation contained in this petition in future proceedings with the violations previously reported to the Court on February 26, 2013.

The probation officer believes that the offender has violated the following condition of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 4 | **Special Condition #22**: You shall have no contact with any children under the age of 18, without the presence of an adult and approved in advance by the supervising probation officer. You shall immediately report any unauthorized contact with minor aged children to the supervising probation officer.<br><br>**Supporting Evidence**: Mr. Arquette had unauthorized contact with a minor child on June 2, 2013.<br><br>According to the Toppenish Police Department narrative report, on June 2, 2013, a police officer was approached by a Safeway employee who was gathering the shopping carts and reported a child being alone in a vehicle. The officer detailed to the vehicle and observed a small boy asleep in the back seat of the car. A male later identified as Lee Paul Arquette arrived and advise that the vehicle was his and the child in the back seat was his grandson. The officer conducted a warrants check and learned Mr. Arquette was a sex offender. For safety purposes, the defendant was handcuffed and placed in the back seat of the patrol car while the officer was investigating the incident. |

Prob12C
Re: Arquette, Lee Paul
June 14, 2013
Page 2

> The boy's mother and the defendant's wife came to the location, and were informed why the defendant was detained. Because no medical attention was needed for the child, he was released to his mother. The defendant was allowed to leave with his wife.
>
> I declare under penalty of perjury that the foregoing is true and correct.
>
> Executed on:   June 14, 2013
>
> s/Jose Zepeda
>
> Jose Zepeda
> U.S. Probation Officer

## THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[X]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Other

_____
Signature of Judicial Officer

6/17/13
Date