PROB 12C
(7/93)

Report Date: March 11, 2016

# United States District Court

## for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MAR 14 2016

SEAN F. McAVOY, CLERK
_____ DEPUTY
YAKIMA, WASHINGTON

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Lee Paul Arquette    Case Number: 0980 2:08CR02047-LRS-1

Address of Offender: █████████████████████████████████

Name of Sentencing Judicial Officer:  The Honorable Lonny R. Suko, Senior U.S. District Judge

Date of Original Sentence: November 10, 2009

Original Offense:    Crime on Indian Reservation, Abusive Sexual Contact, 18 U.S.C. § 1153, 2244(a)(2) & 2244(c)

Original Sentence:   Prison 46 months; TSR - 120 months          Type of Supervision: Supervised Release

Asst. U.S. Attorney:  Thomas J. Hanlon       Date Supervision Commenced: September 26, 2011

Defense Attorney:    Alex B. Hernandez, III    Date Supervision Expires: September 25, 2021

## PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition #22** : You shall have no contact with any children under the age of 18, without the presence of an adult and approved in advance by the supervising probation officer. You shall immediately report any unauthorized contact with minor aged children to the supervising probation officer.<br><br>**Supporting Evidence**: Mr. Arquette had unauthorized contact with a minor child on January 27, 2016.<br><br>On January 27, 2016, an unannounced home visit was conducted by the undersigned U.S. Probation Officer. Mr. Arquette was found in his home with three minor aged children with no other adults present. |
| 2 | **Standard Condition # 2**: The defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month.<br><br>**Supporting Evidence**: Mr. Arquette failed to submit his monthly supervision report form within the first 5 days for the month of March 2016, as directed. |

Prob12C
Re: Arquette, Lee Paul
March 11, 2016
Page 2

3      **Special Condition #22** : You shall have no contact with any children under the age of 18, without the presence of an adult and approved in advance by the supervising probation officer. You shall immediately report any unauthorized contact with minor aged children to the supervising probation officer.

**Supporting Evidence**: Mr. Arquette had unauthorized contact with a minor child on March 10, 2016.

On March 10, 2016, while en route to Mr. Arquette's residence, this officer observed the defendant's white van on West Wapato Road, in Wapato, Washington. He then turned on to Couch Lane toward his residence. I noticed the van stop at the corner of his house lot. As the van continued forward, I saw a child running from the van. The van then turned into the driveway and parked. As I turned into the driveway, I saw Mr. Arquette getting out of the driver's side of the van. I approached Mr. Arquette as he was standing by the van and noticed there was no one else in the vehicle. Mr. Arquette was confronted about being alone with a child. He stated that Tony, another adult, was in the vehicle with him. Mr. Arquette was advised that I observed him park his van and did not see anyone besides him getting out of the vehicle. Mr. Arquette then went inside the residence and asked Tony to come out of his room. Tony was questioned about where he had been. He initially advised he had been playing video games in his room all afternoon. Tony was then advised Mr. Arquette had reported he just arrived home with the defendant. This officer observed Tony appeared to be confused about what was going on. Mr. Arquette then told Tony the purpose of these inquiries. Tony then changed his mind and said he arrived with Mr. Arquette, but did not specify as to when. Mr. Arquette appeared to be frustrated and walked outside of his residence. As this officer followed him out, he was reminded about his condition not to have contact with minors without the presence of an adult. Mr. Arquette then stated "fuck this" and went back inside his residence and closed the door. I then cleared this location.

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the defendant to answer the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   March 11, 2016

s/Jose Zepeda

Jose Zepeda
U.S. Probation Officer

THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

_____
Signature of Judicial Officer

3/14/16
_____
Date