PROB 12C
(6/16)

Report Date: October 21, 2016

# United States District Court

**FILED IN THE**
**U.S. DISTRICT COURT**
**EASTERN DISTRICT OF WASHINGTON**

for the

## Oct 21, 2016

Eastern District of Washington

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Lee Paul Arquette         Case Number: 0980 2:08CR02047-LRS-1

Address of Offender: Transient, Yakima, Washington 98901

Name of Sentencing Judicial Officer:  The Honorable Lonny R. Suko, Senior U.S. District Judge

Date of Original Sentence: November 10, 2009

| | |
|---|---|
| Original Offense: | Crime on Indian Reservation, Abusive Sexual Contact, 18 U.S.C. § 1153, 2244(a)(2) & 2244© |
| Original Sentence: | Prison - 46 months        Type of Supervision: Supervised Release
                       TSR - 120 months |
| Revocation Sentence: 04/19/2016 | Prison - 5 months
                                    TSR - Until 09/25/2021 |
| Asst. U.S. Attorney: | Thomas J. Hanlon        Date Supervision Commenced: August 16, 2016 |
| Defense Attorney: | Rick Lee Hoffman         Date Supervision Expires: January 15, 2022 |

## PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Standard Condition # 3**: The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer.<br><br>**Supporting Evidence**: Mr. Arquette failed to report as directed by his probation officer on October 14, 2016.<br><br>On October 13, 2016, Mr. Arquette reported to the probation office and advised he did not have a residence but he presented having the ability to go to the Northwest Community Action center in Toppenish, Washington, where they would provide him with emergency shelter. Mr. Arquette was directed to contact this officer the following day and report his living status.  Mr. Arguette failed to report as directed. |

2      **Standard Condition # 3**: The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer.

       **Supporting Evidence**: Mr. Arquette failed to follow the instructions of the probation officer by frequenting an unapproved residence on October 20, and 21, 2016.

       On October 13, 2016, Mr. Arquette reported to the probation office and advised he did not have a residence but would be staying in his van at a local Safeway parking lot. Mr. Arquette was reminded that he could not visit his wife at her residence due to children still residing at her residence. On October 20, and 21, 2016, Mr. Arquette was located his wife's residence.

3      **Standard Condition # 30**: You shall participate in the home conferment program for 60 days. You shall abide by all the requirements of the program, which will include electronic monitoring or other location verification system. You shall pay all or part of the costs of the program based upon your ability to pay. You are restricted to your residence at all times except for employment, education, religious services, medical, substance abuse, or mental health treatment, attorney visits, court appearances, court-ordered obligations, or other activities as pre-approved by the supervising officer.

       **Supporting Evidence**: Mr. Arquette failed to comply with the home confinement program on October 21, 2016.

       On October 20, 2016, Mr. Arquette signed the waiver to modify conditions of supervised release by agreeing to participating in the home confinement program. The Court approved this request on October 21, 2016. Mr. Arquette reported to the probation office on this same date to have the electronic monitoring device installed. However, the defendant refused to participate in the program.

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the defendant to answer the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    October 21, 2016

s/Jose Zepeda

Jose Zepeda
U.S. Probation Officer

Prob12C  
**Re: Arquette, Lee Paul**  
**October 21, 2016**  
**Page 3**

THE COURT ORDERS

[ ]   No Action  
[✓]   The Issuance of a Warrant  
[ ]   The Issuance of a Summons  
[ ]   Other

_____  
Signature of Judicial Officer

10/21/2016  
Date